IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID TIMOTHY MOORE,<br><br>*Plaintiff*,<br><br>v.<br><br>Warden AIMEE SMITH,<br><br>*Defendant*. | CIVIL ACTION NO.<br>5:21-cv-00032-TES-CHW |

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**

Before the Court is Plaintiff's Motion for Relief from Judgment [Doc. 27]. On November 30, 2021, the Court adopted the Magistrate Judge's Report and Recommendation [Doc. 18] that recommended that the Court dismiss Plaintiff's case for a failure to exhaust administrative remedies. [Doc. 22]. That same day, the Clerk of Court entered Judgment against Plaintiff. [Doc. 23]. However, Plaintiff objected to the Report and Recommendation and submitted his Objection [Doc. 24] via mail on November 19, 2021. But, due to delays in the U.S. Mail, the Court did not receive them until December 2, 2021, after the Court had already adopted the Magistrate's Report and Recommendation.

Now, in this Motion, Plaintiff asks this Court to "set aside and/or vacate the 11-30-2021 Order, and the accompanying Judgment dismissing this case and, thereafter, consider Plaintiff's 11-19-2021 Objections against the October 13, 2021 Report and

Recommendation." [Doc. 27, p. 4–5]. Plaintiff correctly points out that the Prison Mailbox Rule requires the Court to consider his Objection as if it was timely filed. *See* [Doc. 27, pp. 3–4]. Pursuant to this requirement, the Court, on its own motion, vacated its previous order [Doc. 22] and accompanying Judgment [Doc. 23] and considered Plaintiff's Objection [Doc. 24] well before it received this latest motion. *See* [Doc. 25, p. 1].

Accordingly, the Court has already granted the very relief Plaintiff seeks. As such, Plaintiff's motion for Relief from Judgment [Doc. 27] is **DENIED as moot**.

**SO ORDERED**, this 25th day of January, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
