IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID TIMOTHY MOORE,<br><br>*Plaintiff*,<br><br>v.<br><br>Warden AIMEE SMITH,<br><br>*Defendant*. | CIVIL ACTION NO.<br>5:21-cv-00032-TES-CHW |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

Before the Court is Plaintiff David Timothy Moore's Motion for Leave to Appeal *In Forma Pauperis* [Doc. 30]. As discussed below, the Court **GRANTS** Plaintiff's Motion.

### A.    *In Forma Pauperis* Standard

Applications to appeal *in forma pauperis* are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24. Section 1915 provides:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefore, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor.  Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.
> . . .
> An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.

28 U.S.C. § 1915(a)(1), (3). Similarly, Appellate Rule 24(a) provides:

> [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>> (A) shows . . . the party's inability to pay or to give security for fees and costs;
>> (B) claims an entitlement to redress; and
>> (C) states the issues that the party intends to present on appeal.
>
> . . .
> If the district court denies the motion, it must state its reasons in writing.

Fed. R. App. P. 24(a)(1)–(2). However, Appellate Rule 24(a) also provides that "a party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization" unless the district court "certifies that the appeal is not taken in good faith." Fed. R. App. P. 24(a)(3).

On March 3, 2021, the United States Magistrate Judge granted Plaintiff's first Motion for Leave to Proceed *In Forma Pauperis* [Doc. 2] allowing him to proceed in the district court without prepayment of the filing fees. [Doc. 5]. Accordingly, because the Court has already authorized Plaintiff to proceed *in forma pauperis*, he does not need to prove his inability to pay the filing fee on appeal. Further, the Court does not find that Plaintiff's appeal is not taken in good faith. Consequently, the Court **GRANTS** Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* [Doc. 30].

**SO ORDERED**, this 28th day of February, 2022.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
